UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILLUMINA INC., | ) | |
| Plaintiff(s), | ) | No. C10-80226 CRB (BZ) |
| v. | ) | **BRIEFING ORDER** |
| AFFYMETRIX INC., | ) | |
| Defendant(s). | ) | |

Having received plaintiff's motion to compel, **IT IS ORDERED** as follows:

1. Any opposition to plaintiff's motion to compel shall be filed by **October 8, 2010.** Any reply shall be filed by **October 18, 2010.**

2. The motion is scheduled to be heard on **November 3, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal

///
///
///
///

1

Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ILLUMINA V. AFFYMETRIX\BRIEFING ORDER.wpd