1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   ILLUMINA INC.,                )
                                    )
12              Plaintiff(s),       )       No. C10-80226 CRB (BZ)
                                    )
13        v.                        )       **ORDER DENYING PLAINTIFF'S**
                                    )       **ADMINISTRATIVE MOTION TO**
14   AFFYMETRIX INC.,               )       **SEAL DOCUMENT**
                                    )
15              Defendant(s).       )
     ───────────────────────────────)

16

17        **IT IS HEREBY ORDERED** that plaintiff's motion for

18   administrative relief to file documents under seal is **DENIED**.

19   Plaintiff moved to seal documents designated confidential by

20   defendant and Dr. Gregory L. Kirk.  Defendant and Dr. Kirk did

21   not file a declaration establishing that the designated

22   information is sealable, as required by Local Rule 79-5(d),

23   and the time to do so has now passed.

24   ///

25   ///

26   ///

27   ///

28   ///

                                    1

1        **IT IS FURTHER ORDERED** that plaintiff comply with Local

2    Rule 79-5(e).

3

4    Dated: September 28, 2010

5

6                          Bernard Zimmerman
                           United States Magistrate Judge
7

8    G:\BZALL\-REFS\ILLUMINA V. AFFYMETRIX\ORDER DENYING PLAINTIFF'S
     ADMINISTRATIVE MOTION TO SEAL DOCUMENT.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28