UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C10-80226 CRB (BZ) |
| ) | |
| v. ) | |
| ) | **ORDER FOR *IN CAMERA*** |
| AFFYMETRIX INC., ) | **INSPECTION** |
| ) | |
| Defendant(s). ) | |

Affymetrix is **ORDERED** to bring a copy of the documents in dispute to the hearing on **Wednesday, November 3, 2010** <u>or</u> to **lodge** them with the Court **tomorrow, November 2, 2010** in case the Court wishes to review them *in camera*.

Dated: November 1, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\ILLUMINA V. AFFYMETRIX\ORDER RE IN CAMERA INSPECTION.wpd

1